UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

KADEEM IRISH,

      Plaintiff,

vs.

 GORDON FOOD SERVICE, INC.,

      Defendant.

_____/

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant Gordon Food Service, Inc. ("GFS") hereby provides notice that it is removing this action for all further proceedings to the United States District Court for the Southern District of Florida, from the Florida Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. In support of removal, GFS states as follows:

**I. STATEMENT OF THE CASE**

1.      On December 21, 2025 Plaintiff Kadeem Irish filed a Complaint against GFS in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. The action is styled *Kadeem Irish v. Gordon Food Service, Inc.,* and is designated Case No. 2025-025028-CA-01 (the "State Action"). Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders from the State Action are attached hereto as **Exhibit A**.

2.      The Complaint asserts claims for violations of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq*. ("ADA"), and the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. § 501.201 *et seq*. ("FDUTPA") *See* Ex. A, Pl.'s Compl., opening paragraphs above ¶ 1.

## II. GROUNDS FOR REMOVAL

3.     This Court has original subject matter jurisdiction over this action by virtue of 28 U.S.C. § 1331 in that it raises a federal question.

4.     The Complaint, on its face, raises a claim under the ADA, which is a federal statute.  Therefore, the Complaint raises a federal question, and it is removable on that basis.  *See* 28 U.S.C. §§ 1331, 1441(a).

5.     This Court also has supplemental jurisdiction over Irish's claim for violation of the FDUTPA pursuant to 28 U.S.C. § 1367(a), as both claims comprise the same case or controversy against GFS.

6.     The Southern District of Florida is the judicial district embracing the place where the State Action was brought and is pending. *See* 28 U.S.C. § 89(c).  Thus, it is the proper district court to which this case should be removed. *See* 28 U.S.C. §§ 1441(a) and 1446(a).

## III. CONSENT OF OTHER DEFENDANTS

7.     There are no other defendants who would need to join in or consent to removal.

## IV. TIMELINESS OF REMOVAL

8.     The summons and complaint in the State Action were served on February 11, 2026. Accordingly, GFS is filing this Notice of Removal within the 30-days allowed by 28 U.S.C. § 1446(b).

## V.  NOTICE OF REMOVAL GIVEN TO STATE COURT

9.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Florida Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County.

10.     Accordingly, the case is being properly removed to the United States District Court for the Southern District of Florida.

Dated: March 13, 2026

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
Two Datran Center
9130 S. Dadeland Boulevard, Suite 1625
Miami, Florida 33156
Telephone:  305.374.0506
Facsimile:   305.374.0456

*s/ Paul De Boe*
Paul J. De Boe
  Florida Bar Number 52051
  paul.deboe@ogletreedeakins.com

*Counsel for Defendant*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 13, 2026 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Paul De Boe*

<u>**SERVICE LIST**</u>
*Kadeem Irish v. Gordon Food Service, Inc.*
United States District Court, Southern District of Florida
CASE NO.: _____

        Andrew Schertzer, Esq.
        aschertzer@fslawpllc.com
        F&S LAW GROUP
        712 S. Howard Ave #205
        Tampa, FL 33606
        Telephone: 248.513.1017

        *Counsel for Plaintiff*

        Method of Service: CM/ECF